AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kevin Thomas, on behalf of himself and others similarly situated,<br>*Plaintiff*<br>v.<br>Candid Care Co.,<br>*Defendant* | ) ) ) ) ) )  Civil Action No.  2:21-cv-5472 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Order filed 1/4/2024 the Parties' Joint Motion for Approval of FLSA Settlement, ECF No. 29, is APPROVED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Court retains jurisdiction over the action to enforce the terms of the settlement agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date:  01/04/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk